IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 39-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DANIELLE DEVONNA JONES, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** has come before the undersigned pursuant to a Motion filed by Defendant, acting pro se, requesting a Writ of Habeas Corpus (#42). LCrR 47.1(H) states as follows:

**(H) Pro Se Motions Filed by Criminal Defendants Who Have Not Waived Their Right to Counsel.**

> Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver. Exceptions to this general rule may be made in the discretion of the judicial officer considering the *pro se* motion.

Defendant, in this case, is represented by counsel and she has not waived her right to counsel in this matter. As a result, the undersigned will not entertain Defendant's pro se motion (#42) and such will be denied.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Pro Se Motion of the Defendant requesting a Writ of Habeas Corpus (#42) is **DENIED** for the reasons set forth above.

Signed: August 8, 2016

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge