**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 39-1**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Vs.** | ) | **ORDER** |
| | ) | |
| **DANIELLE DEVONNA JONES,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a document filed by Defendant, acting pro se, entitled "To Whom May Concern" (#41). In the document, Defendant states: "I would like to challenge grounds with a motion to quash indictment for violation of my 4th, 5th amendment rights; failure to give due process, and furthermore a challenge to the array."

LCrR 47.1(H) states as follows:

**(H)   Pro Se Motions Filed by Criminal Defendants Who Have Not Waived Their Right to Counsel.**

> Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver.

Defendant had counsel appointed in this matter and is represented by her attorney and she has not formally waived her right to counsel in the presence of a

judicial officer after being advised of the consequences of waiver.  For this reason,

any relief sought in the document (#41) is denied.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that any relief sought in the document

entitled "To Whom May Concern" (#41) is **DENIED**.

Signed: August 10, 2016

Dennis L. Howell
United States Magistrate Judge