IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 39-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DANIELLE DEVONNA JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a document filed by Defendant, acting pro se, in which the Defendant states that she is making a motion to suppress (#46).

LCrR 47.1(H) states as follows:

**(H)  Pro Se Motions Filed by Criminal Defendants Who Have Not Waived Their Right to Counsel.**

> Except for challenges to the effective assistance of counsel, the Court will not ordinarily entertain a motion filed by a criminal defendant who is still represented by counsel and has not formally waived his or her right to counsel in the presence of a judicial officer after being fully advised of the consequences of waiver.

Defendant had counsel appointed in this matter and she is represented by her attorney.  Defendant has not formally waived her right to counsel in the presence of a judicial officer after being advised of the consequences of the waiver.  For this reason, any relief sought in document (#46) is denied without prejudice.

1

# ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion to suppress (#46) is **DENIED** without prejudice.

Signed: August 11, 2016

Dennis L. Howell
United States Magistrate Judge