# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 39-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DANIELLE DEVONNA JONES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a letter (#50) sent by Defendant to the Clerk of Court in which Defendant presents a "Motion for Discovery". At the call of this matter on for hearing it appeared that Defendant was present and representing herself pro se, and the Government was present through AUSA Richard Edwards.

In regard to Defendant's motion, Mr. Edwards stated that he was prepared to present to the Defendant all discovery materials in the open discovery file upon such conditions as the United States Attorney and the Defendant shall agree. The undersigned questioned Mr. Edwards in regard to the specific list of materials that Defendant requested and Mr. Edwards responded as follows:

Defendant requested:

1) All officers and detective statements. Mr. Edwards stated that any statements that he had in his possession of any officer or detective were being

provided to Defendant;

2) All dispatch calls. Mr. Edwards stated he did not have in his possession any dispatch calls or communication documents;

3) Findings from search team and Det. Hannah (a canine). Mr. Edwards stated that if such documents existed and he had them in his possession, he would deliver them;

4) All affidavits, search warrants, inventory searches, and processing info to include all ballistic reports. Mr. Edwards stated he would provide any affidavits or search warrants and any inventory searches. He stated he did not have a ballistic report because the firearm that was fired went through the roof of the building where the alleged robbery took place and the bullet was never located;

5) All statements from Ollivette Samuels that may be impeachable. Mr. Edwards advised that such documents would be delivered to Defendant;

6) All pictures of evidence in color to include bullets and "shooter" in store, in pursuit of crime holding weapon, and all pictures of vehicles. Mr. Edwards stated he did not know if he had any photographs that were in color, but if there were any photographs as described in Defendant's request, that he would provide those.

The Defendant requested a return of all receipts and letters given to Mr. Ronald Justice, her court appointed counsel. Mr. Justice returned those documents to the Defendant in the presence of the Court.

It appears that the request for Motion for Discovery has now been rendered moot because the Government is delivering the documents as set forth above to the Defendant.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion for Discovery (#50) is **DENIED** as being moot.

Signed: September 7, 2016

Dennis L. Howell
United States Magistrate Judge