IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16cr39

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DANNIELLE JONES, | ) | |
| | ) | |
| Defendant. | ) | |

Pending before the Court is the Motion to Hold AUSA Edwards and Detective Holifecker in Contempt [# 63] filed by Defendant Jones. Defendant Jones, who is proceeding *pro se* in this matter, moves the Court to find Assistant United States Attorney Richard Edwards and Detective Holifecker in contempt of Court. Although not entirely clear from her motion, it appears that Defendant Jones contends that the Court should find these individuals in contempt as the result of AUSA Edwards's actions in presenting evidence at a hearing previously conducted by this Court. The Court, having conducted the hearing in question and having observed the conduct of AUSA Edwards and Detective Holifecker, finds that neither individual committed any act that would even remotely warrant the exercise of this Court's contempt powers. Upon a review of the record and the relevant legal authority, the Court finds no basis for the relief sought by Defendant

1

Jones and **DENIES** the motion [# 63].

Signed: September 27, 2016

Dennis L. Howell
United States Magistrate Judge