# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 39-1

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DANIELLE DEVONNA JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court pursuant to a letter sent by Defendant acting pro se (#78). In the letter, Defendant requests that officers be summoned to appear before the Court in regard to a hearing of Defendant's Motion to Suppress (#59). The undersigned considered the motion as an application under Rule 17(b) requesting a subpoena for witnesses and the undersigned entered an Order (#81) allowing the motion. Out of an abundance of caution, the undersigned conducted further hearings with Defendant on November 2, 2016. At that time, Defendant desired that two additional witnesses, not named in her letter (#78), be subpoenaed and these witnesses are both officers with the Buncombe County Sheriff's Office. AUSA Richard Edwards advised the Court that he would subpoena the witnesses desired by Defendant and make sure they were present for the hearing of the Motion to Suppress. The undersigned made inquiry of Defendant and Defendant stated she

1

was satisfied with Mr. Edwards subpoenaing the witnesses.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's motion considered as an Application under Rule 17(b) of the Federal Rules of Criminal Procedures (#78) has been **ALLOWED** and her oral motion made in open Court on November 2, 2016 is also **ALLOWED** and the Government is directed to subpoena the two witnesses mentioned by Defendant during the hearing of this motion to appear for the Motion for Suppress.

Signed: November 4, 2016

Dennis L. Howell
United States Magistrate Judge