# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:16 cr 39-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| DANIELLE DEVONNA JONES, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion for Discovery from Codefendant (#137) filed by Defendant Danielle Devonna Jones, acting pro se. In the Motion, Defendant Jones seeks records of physical or mental examinations of her co-defendant, Danny Terron Roney. She further seeks a requirement that she be notified of any physical or mental examinations to be performed of Mr. Roney, at least fourteen days in advance, of said examinations and she further requests that the Court order that an expert of Defendant Jones' choosing be appointed to conduct a separate review of all reports and conduct additional physical or mental examinations of co-defendants.

Due to the extraordinary relief sought by Defendant Jones' Motion, the undersigned will direct that the United States Attorney file a response to the Defendant Jones' Motion (#137) on or before March 8, 2017. The undersigned will further direct that copies of this motion be forwarded to counsel for co-defendants

1

Danny Terron Roney and Olivette Postel Samuels, Jr. and their attorneys will be allowed up to and including March 8, 2017 to file any response they may have to Defendant Jones' motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that in regard to the Motion for Discovery From Codefendant (#137) it is **ORDERED** that the United States Attorney file a response to the motion on or before **March 8, 2017** and counsel for co-defendants Danny Terron Roney and Olivette Postel Samuels, Jr. will be allowed up to and including **March 8, 2017** to file any response they may have to the motion.

Signed: February 14, 2017

Dennis L. Howell
United States Magistrate Judge