UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00039-MOC-DLH

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **DANIELLE DEVONNA JONES,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on the government's Motion to Continue Docket Call. In that motion, the government states, *inter alia*, that it believes the *pro se* defendant is not prepared for trial based on her recent filings. Review of the docket, however, reveals that defendant has been proceeding *pro se* for over six months, has had access to the discovery, has filed numerous motions, and has competently represented herself during a two day suppression hearing where substantial evidence was heard. At this point, the Court cannot concur in the government's conclusion that a Section 2255 issue would be created if defendant is brought to trial this term. As it appears likely that this case will be the only matter remaining on the trial term, the Court will hear the motion at Calendar Call. Due to another ongoing criminal trial, Calendar Call will be rescheduled for Tuesday, April 4, 2017, at 11:00 a.m.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Continue Docket Call (#165) is **CALENDARED** for hearing at 11:00 a.m. on Tuesday, April 4, 2017, and Calendar Call for the term is moved to that date and that time as well. The Clerk of Court is instructed to

1

postpone the jury venire until Wednesday, April 5, 2017. The United States Marshal is instructed to have Defendant Jones present at Calendar Call.

Signed: March 30, 2017

Max O. Cogburn Jr
United States District Judge