IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 39-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| DANIELLE DEVONNA JONES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the undersigned pursuant to a Motion for Response From Government (#183) filed by pro se Defendant. In the motion, Defendant requests that the Court order the Government to respond to a Motion for Transcripts (#143) filed by Defendant and a Motion for Discovery From Codefendant (#137). In regard to the Motion for Transcripts which was filed on February 27, 2017, the Government responded on March 1, 2017 and this Court entered an Order (#157) allowing the Motion for Transcripts on March 14, 2017. The undersigned has previously made sure there was a hand-delivery of a copy of the Order entered on March 14, 2017 to the Defendant. In regard to the Motion for Discovery From Codefendant, a response was filed by the co-defendant's attorney on March 6, 2017 (#150) and a further response was filed by the Government on March 8, 2017 (#152). The undersigned entered an Order (#157) on March 14, 2017 denying the Motion for Discovery From Codefendant.

From the foregoing, it appears that the Motion for Response From Government (#183) should be denied for the reason that responses have been filed. It appears to the undersigned that perhaps Defendant acting pro se, has not been receiving copies of various filings related to her case. This is not the first time Defendant has filed motions regarding orders that have already been previously entered. The undersigned is going to direct that Defendant come to the Office of the Clerk of Court and obtain copies of any documents contained in her file which she does not already have in her possession.

**ORDER**

**IT IS, THEREFORE**, **ORDERED** that the Motion for Response from Government (#183) is **DENIED** for the reasons set forth above. It is further **ORDERED** that Defendant shall, on or before **April 26, 2017**, present herself to the Clerk of this Court and obtain from the Clerk copies of any documents that are contained in the file regarding the prosecution of Defendant that she does not already have in her possession.

Signed: April 18, 2017

Dennis L. Howell
United States Magistrate Judge