UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:16-cr-00039-MOC-DLH

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **DANIELLE DEVONNA JONES,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the defendant's Motion for Transport Order. Having considered the defendant's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the defendant's Motion for Transport Order (oral) is **GRANTED**, and the United States Marshal is directed to transport **OLIVETTE SAMUELS** to the United States Courthouse on Wednesday, August 9, 2017, for purposes of giving testimony in the above captioned matter.

The United States Marshal is respectfully requested to expedite such transport as a jury is waiting on the appearance of such witness.

Signed: August 9, 2017



Max O. Cogburn Jr
United States District Judge