UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16-CR-39-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **DANIELLE DEVONA JONES,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on Defendant's Pro Se Letter Motion Asking for Full Discovery Materials, in which she explains that her legal files were lost in the mail during prison transport and that her former counsel has refused to provide her with requested discovery, and she asks the Court to send her discovery materials. (Doc. No. 365).

The Court first notifies Defendant that the Court is not in possession of Defendant's discovery materials. Moreover, as to Defendant's contention that her former counsel has refused to provide her with her discovery materials, it is unclear whether defense counsel had an agreement with the Government not to turn over discovery materials to Defendant. See United States v. Butler, 2000 WL 134697, at *2 (D. Kan. Jan. 21, 2000) (holding defense counsel to agreement with government not to release discovery materials to the defendant; government's restrictive policy on the dissemination of discovery materials is necessary to avoid the further release of materials to others). Therefore, the Court will require the Government to respond, within 20 days, to Defendant's motion to assert what discovery materials, if any, Defendant may be entitled to obtain from her former trial counsel.

**IT IS SO ORDERED.**

1

Signed: December 29, 2021

Max O. Cogburn Jr
United States District Judge